In the Matter of SHARON FUCHS et al., Respondents, v JOSEPH ITZKOWITZ et al., Appellants, et al., Respondent.

Submitted August 27, 2014; decided August 27, 2014

Motion for leave to appeal denied. The Court of Appeals restates the rule that the denial of a motion for leave to appeal is not equivalent to an affirmance and has no precedential value (*see Matter of Marchant v Mead-Morris Mfg. Co.*, 252 NY 284, 297-298 [1929]).

In the Matter of PAUL C. VANSAVAGE, Appellant, v DENVER JONES, Respondent, et al., Respondents. (And Another Proceeding.)

Submitted August 27, 2014; decided August 27, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.